IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIMBERLY RICHARDS**                                                       **PLAINTIFF**

v.                                                        CAUSE NO. 1:15CV7-LG-RHW

**MARK GIBSON; HL & C JACKSON, LLC; and
TOWER LOAN OF MISSISSIPPI, LLC**                            **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on the [38] Motion To Confirm Arbitration Award filed by Plaintiff Kimberly Richards, the Court, after a full review and consideration of the Motion and the relevant legal authority, finds that in accordance with the [48] Ordering Granting Motion to Confirm Arbitration Award entered on June 30, 2016,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Plaintiff Kimberly Richards and against Defendants Mark Gibson and HL & C Jackson, LLC, jointly and severally, in the amount of $35,000.00, as provided in the Arbitration Award entered on April 19, 2016.

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims against Tower Loan of Mississippi, LLC, are **DISMISSED WITH PREJUDICE**, as provided in the Arbitration Award entered on April 19, 2016.

**SO ORDERED AND ADJUDGED** this the 6th day of July, 2016.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 CHIEF U.S. DISTRICT JUDGE